1  RONALD L. RICHMAN (SBN 139189)
   SUSAN J. OLSON (SBN 152467)
2  ARLENA V. CARROZZI (SBN 250116)
   Bullivant Houser Bailey PC
3  601 California Street, Suite 1800
   San Francisco, California  94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  Email:        ron.richman@bullivant.com
                 susan.olson@bullivant.com
6                arlena.carrozzi@bullivant.com

7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  BOARD OF TRUSTEES OF THE              Case No.: C 12-06028 MEJ
    LABORERS HEALTH AND WELFARE
13  TRUST FUND FOR NORTHERN               **REQUEST FOR DISMISSAL WITHOUT
    CALIFORNIA; BOARD OF TRUSTEES OF      PREJUDICE; ORDER THEREON;**
14  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
15  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
16  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
17  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
18  CALIFORNIA,

19                  Plaintiffs,

20      vs.

21  NORMAN B. HOUGE, INC. and DAVID
    NORMAN HOUGE, an individual,
22
                    Defendants.
23

24      Plaintiffs request that this case be dismissed, in its entirety, without prejudice, on the

25  grounds that Plaintiffs were seeking an audit of Defendant Norman B. Houge, Inc. for the period

26  / / /

27  / / /

28

1  January, 2009 – June 30, 2010 and were recently informed, and believe, that Norman B.

2  Houge, Inc. ceased all operations in May, 2008.

3  DATED:  February 14, 2013

4                                                   BULLIVANT HOUSER BAILEY PC

5

6  By _____

7                                                   Ronald L. Richman

8                                                   Attorneys for Plaintiffs

9

10                                    **ORDER**

11        Plaintiffs having requested that this case be dismissed, in its entirety, without prejudice, and good cause appearing:

12        IT IS HEREBY ORDERED that the case is hereby dismissed, in its entirety, without

13  prejudice.

14  DATED:  February __14__, 2013

15

16  By _____

17                                                   HON. MARIA-ELENA JAMES
                                                     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24  13974649.1

25

26

27

28

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON;