1  RONALD L. RICHMAN (SBN 139189)
   SUSAN J. OLSON (SBN 152467)
2  ARLENA V. CARROZZI (SBN 250116)
   Bullivant Houser Bailey PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  Email:     ron.richman@bullivant.com
              susan.olson@bullivant.com
6             arlena.carrozzi@bullivant.com

7  Attorneys for Plaintiffs

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | BOARD OF TRUSTEES OF THE              | Case No.: C 12-06028 MEJ
   | LABORERS HEALTH AND WELFARE           |
13 | TRUST FUND FOR NORTHERN               | **REQUEST FOR DISMISSAL WITHOUT
   | CALIFORNIA; BOARD OF TRUSTEES OF      | PREJUDICE; ORDER THEREON;**
14 | THE LABORERS VACATION-HOLIDAY         |
   | TRUST FUND FOR NORTHERN               |
15 | CALIFORNIA; BOARD OF TRUSTEES OF      |
   | THE LABORERS PENSION TRUST FUND       |
16 | FOR NORTHERN CALIFORNIA; and          |
   | BOARD OF TRUSTEES OF THE              |
17 | LABORERS TRAINING AND RETRAINING      |
   | TRUST FUND FOR NORTHERN               |
18 | CALIFORNIA,                           |

19              Plaintiffs,

20      vs.

21 NORMAN B. HOUGE, INC. and DAVID
   NORMAN HOUGE, an individual,
22
                Defendants.
23

24      Plaintiffs request that this case be dismissed, in its entirety, without prejudice, on the

25 grounds that Plaintiffs were seeking an audit of Defendant Norman B. Houge, Inc. for the period

26 / / /

27 / / /

28

– 1 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON;

January, 2009 – June 30, 2010 and were recently informed, and believe, that Norman B. Houge, Inc. ceased all operations in May, 2008.

DATED: February 14, 2013

                                          BULLIVANT HOUSER BAILEY PC

                                          By _____
                                              Ronald L. Richman

                                          Attorneys for Plaintiffs

**ORDER**

Plaintiffs having requested that this case be dismissed, in its entirety, without prejudice, and good cause appearing:

IT IS HEREBY ORDERED that the case is hereby dismissed, in its entirety, without prejudice.

DATED: February 14, 2013

                                          By _____
                                              HON. MARIA-ELENA JAMES
                                              UNITED STATES MAGISTRATE JUDGE

13974649.1